IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JUSTIN TIMMOTHY WARREN,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-21-532-R |
| **UNITED STATES OF AMERICA,** | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed this civil rights action which was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On June 24, 2021, Judge Purcell issued a Report and Recommendation wherein he recommended the case be dismissed without prejudice because Plaintiff failed to comply with a May 26, 2021, Order requiring that he cure certain deficiencies not later than June 16, 2021. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is ADOPTED and the action DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 20th day of July 2021.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE